W. E. MEWBORN v. ATLANTIC COAST LINE RAILWAY COMPANY.

(Filed 21 October, 1914.)

APPEAL by plaintiff from *Whedbee, J.,* at March Term, 1914, of LENOIR.

*G. V. Cowper for plaintiff.*
*Rouse & Land for defendant.*

PER CURIAM. We have carefully considered the record in this case, in connection with the brief of the plaintiff's counsel, which fully covers all of the questions raised, and are of opinion that there is no error. As no new legal principle is involved, it is unnecessary to discuss the questions raised.

Affirmed.